# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ABDURAHMAN LNU (ISN 441),** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 09-745 (RCL)** |
| ) | |
| **BARACK H. OBAMA, President** ) | |
| of the United States, *et al.*, ) | |
| ) | |
| **Respondents.** ) | |

## ORDER

The Court held a status conference in this matter on July 20, 2009. In accordance with that proceeding, it is hereby

ORDERED the parties shall adhere to the following schedule:

| | |
|---|---|
| Petitioner's Request(s) for Discovery | By September 25, 2009 |
| Respondents' Opposition | By October 16, 2009 |
| Petitioner's Reply | By November 10, 2009; |

and it is further

ORDERED that petitioner shall file his Traverse after the resolution of his discovery request(s). The deadline for petitioner's Traverse shall be determined by the Court.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on July 20, 2009.